IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBIN M. BEEM**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **07-654-GPM** |
| ) | |
| **COUNTY OF MADISON**, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel the defendant to respond to plaintiff's request for production. **(Doc. 14).** Defendant responds that they produced the requested documents on April 7, 2008, although some objections were lodged. **(Doc. 15).** Plaintiff did not file a reply.

Plaintiff's motion is premised on the fact that nothing had been produced by the defendant, but plaintiff attached copies or correspondence between the parties which reflected a long list of particularized disputes. Thus, it is unclear what disputes plaintiff wants resolved. Furthermore, the Court is lead to believe that at this juncture some materials have been produced, which would make some issues moot.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 14)** is **DENIED**, without prejudice to plaintiff refiling a similar, more particularized motion.

**IT IS SO ORDERED.**

**DATED: May 28, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**